|   |   |   |   |
|---|---|---|---|
| **THIRD  AMENDED** | **TRUSTEE'S CONFIRMATION REPORT –7/5/17** | | |

**DEBTOR:**   Warren G. Gill, Sr.  **CASE NO. 16-20848-PRW**
**ATTORNEY:**   David Stern, Esq.  **ATTORNEY FEES:**   $2,800
  **Additional Attorney Fees: $**

**I.   TRUSTEE RECOMMENDATION:**   __X____ Plan Recommended   _____ Plan Not Recommended

**II.   PLAN FILED DATE:** 6/14/17 (ECF BK No. 73)

    **A.   PAYMENTS:**   $ 1,067   per monthly through TFS starting 6/19/17.

    **B.   REPAYMENT:**
| | | |
|---|---|---|
| To secured creditors | $48,689 | with interest $ 53,589 |
| To priority creditors | $1,610 | |
| To unsecured creditors | $6,763 | 100 % |
| General unsecured debt | $4,635 (UIB) | |
| Duration of Plan | 5 | years |
| Total Scheduled Debt | $102,412 | incl. mortgages |

    **C.   FEASIBILITY:**
| | | | |
|---|---|---|---|
| Monthly Income | $4,444 | (net) $4,444.64 | (gross) |
| Less Estimated Expenses | $3,377 | | |
| Excess for Wage Plan | $1,068 | | |

    **D.   OBJECTIONS to Confirmation:**

    **E.   Other comments:**
- ☐ risk factor 3 because of prior bankruptcies
- ☐ need judgments removed  ☐ need mortgages eliminated
- ☐ need appraisals of real estate and personal property  ☐ need motions to value collateral
- ☐ need certification of post petition DSO payments.  ☐ need proof of surrender efforts
- ☒ other: 1. The term of the plan commences with confirmation. Payments made prior to that date will be added to the plan.
  2. Regional Acceptance must be served under Rule 7004 with the new plan which crams down the secured portion of their claim.  Served June 14, 2017.

**III.   TREATMENT OF SECURED CLAIMS/LEASE ARREARS:** [Interest rate unless otherwise stated:    %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Carrington Mtg. | $91,672.91 | Arrears | Yes | $30,649.69 + 0% | $510.83 |
| City of Rochester | $9,790.25 | R/P Taxes | Yes | Full + 12% | $217 |
| City of Rochester | $193.63 | Water | Yes | Full + 12% | $15 |
| County of Monroe | $855 | R/P Taxes | Yes | Full + 18% | $22 |
| Regional Acceptance | $10,409.93 | '08 Saturn | Yes | $7,200 + 5.75% | $138 |

IV. **SPECIAL PLAN PROVISIONS:**

   A.    CLASSIFICATION of unsecured creditors: *Not applicable*
         Class 1:    %   $
         Class 2:    %   $
         Class 3    %   $
   B.    Rejection of executory contracts:

   C.    Other Plan Provisions:


V. **BEST INTEREST TEST:**
   A.    All assets were listed.
   B.    Total market value of assets:    $ 64,491
        Less valid liens    $ 61,140
        Less exempt property    $ 3,351
        (Available for judgment liens )
        Subtotal    $ 0
        Less est. Chapter 7 fees    $ 0
   C.    Total available in liquidation    $ 0
   D.    Best interests including present value    $ 0
0         Less priority claims    $ 1,610
        (Support $    )
   E.    Amount due to unsecured    $ 0
   F.    Amount to be distributed to unsecured creditors    $ 6,763
   G.    Nature of major non-exempt assets:

VI. **OTHER:**
   A.    Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
   B.    Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
   C.    (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
   D.    Debtor requests no wage order because: __X__ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
   E.    Converted from Chapter 7 because: Non Applicable.


                                     /S/_____
                                     GEORGE M. REIBER, TRUSTEE