# United States Bankruptcy Court
For The
Western District of New York

Date: 9/7/2017        Case No: 16-20848-PRW

IN RE: WARREN G., SR. GILL        SSN #1: XXX-XX-8340
       88 HILLCREST STREET
       ROCHESTER, NY 14609

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | ALLY FINANCIAL / PO BOX 130424 ROSEVILLE, MN 55113-0002 | None | | Not Filed .00 |
| 002 | CARRINGTON MORTGAGE SERVICES, LLC / 1600 SOUTH DOUGLA ANAHEIM, CA 92806 | 30,649.69 | | Secured |
| 003 | CITIZENS AUTOMOBILE FINANCE, INC. / PO BOX 42115 PROVIDENCE, RI 02940-2115 | None | | Not Filed .00 |
| 004 | CITIZENS BANK (FKA CHARTER ONE) / 1 CITIZENS DRIVE RIVERSIDE, RI 02915 | None | | Not Filed .00 |
| 005 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 9,790.25 | 12.0000% From 07/10/2017 | Secured |
| 006 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 275.00 | | Unsecured |
| 007 | DERMATOLOGY PARTNERS OF WNY / 30 NORTH UNION STREET, ROCHESTER, NY 14607 | None | | Not Filed .00 |
| 008 | EOS CCA - EOS / THE CREDIT BUREAU INC. 300 CANAL VIEW BLVD STE 130 / ROCHESTER, NY 14432 | None | | Not Filed .00 |
| 009 | GLOBAL PAYMENTS, INC. / P.O. BOX 661158 CHICAGO, IL 60666 | None | | Not Filed .00 |
| 010 | GMAC MORTGAGE / PO BOX 4622 WATERLOO, IA 50704-4622 | None | | Not Filed .00 |
| 011 | GMAC MORTGAGE, LLC / ATTN: PAYMENT PROCESSING 3451 HAMMOND AVE. / WATERLOO, IA 50702 | None | | Not Filed .00 |
| 012 | METRO FOOTCARE ASSOCIATES, LLP / 2300 RIDGE ROAD WEST ROCHESTER, NY 14626 | None | | Not Filed .00 |
| 013 | MONROE COUNTY TREASURER / 39 W. MAIN ST. ROOM B-2 / ROCHESTER, NY 14614 | 855.00 | 18.0000% From 07/10/2017 | Secured |
| 014 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 193.63 | 12.0000% From 07/10/2017 | Secured |
| 015 | Q DENTAL / 2024 WEST HENRIETTA ROAD STE 5-J ROCHESTER, NY 14623 | None | | Not Filed .00 |
| 016 | REGIONAL ACCEPTANCE CORPORATION / BANKRUPTCY SECTION PO BOX 1847 / WILSON, NC 27894-1847 | 7,200.00 | 5.7500% From 07/10/2017 | Secured |
| 016 | REGIONAL ACCEPTANCE CORPORATION / BANKRUPTCY SECTION PO BOX 1847 / WILSON, NC 27894-1847 | 3,209.93 | | Unsecured |
| 017 | REVENUE RECOVERY CORP / PO BOX 50250 KNOXVILLE, TN 37950 | None | | Not Filed .00 |
| 018 | QUANTUM3 GROUP LLC / P.O. BOX 788 KIRKLAND, WA 98083-0788 | 50.00 | | Unsecured |
| 019 | SOURCE RECEIVABLES MANAGEMENT / 4615 DUNDAS DRIVE ST GREENSBORO, NC 27407 | None | | Not Filed .00 |
| 020 | SPRINT / PO BOX 57547 JACKSONVILLE, FL 32241 | None | | Not Filed .00 |
| 021 | STRONG MEMORIAL HOSPITAL SP / PO BOX 5325 NEW YORK, NY 10087-5325 | None | | Not Filed .00 |
| 022 | WELLS FARGO / P O BOX 10335 DES MOINES, IA 50306 | None | | Not Filed .00 |

# United States Bankruptcy Court
For The
Western District of New York

Date: 9/7/2017      Case No: 16-20848-PRW

IN RE: WARREN G., SR. GILL
88 HILLCREST STREET
ROCHESTER, NY 14609

SSN #1: XXX-XX-8340

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 023 | CITY OF ROCHESTER; DEPT OF FINANCE / BUREAU OF ASSESSM 30 CHURCH STREET / ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 024 | CITY OF ROCHESTER; DEPT OF FINANCE / BUREAU OF ASSESSM 30 CHURCH STREET / ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 025 | CITY OF ROCHESTER; DEPT OF FINANCE / BUREAU OF ASSESSM 30 CHURCH STREET / ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 026 | CITY OF ROCHESTER; DEPT OF FINANCE / BUREAU OF ASSESSM 30 CHURCH STREET / ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 027 | REGIONAL ACCEPTANCE CO / 1424 EAST FIRETOWER ROAD GREENVILLE, NC 27858 | None | | Not Filed .00 |
| 028 | NEMONA V GILL / 88 HILLCREST STREET ROCHESTER, NY 14609 | None | | Not Filed .00 |
| 029 | PROBER & RAPHAEL / A LAW CORPORATION 20750 VENTURA BLVD. / WOODLAND HILLS, CA 91364 | None | | Unsecured |
| 030 | ROBERT J KALB ESQ / FORSYTH HOWE ETAL 1 CHASE SQ. #1900 / ROCHESTER, NY 14604-0000 | None | | Unsecured |
| 031 | QUANTUM3 GROUP LLC / P.O. BOX 788 KIRKLAND, WA 98083-0788 | 999.81 | | Unsecured |
| 032 | QUANTUM3 GROUP LLC / P.O. BOX 788 KIRKLAND, WA 98083-0788 | 50.00 | | Unsecured |
| 033 | QUANTUM3 GROUP LLC / P.O. BOX 788 KIRKLAND, WA 98083-0788 | 50.00 | | Unsecured |
| 034 | QUANTUM3 GROUP LLC / P.O. BOX 788 KIRKLAND, WA 98083-0788 | 50.00 | | Unsecured |
| | Total | 53,373.31 | | |

DAVID S STERN, ESQ.
ELLIOTT, STERN ET AL
ONE EAST MAIN STREET
ROCHESTER, NY 14614-0000

1,610.00    Debtor's Attorney

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

## NOTICE

At Rochester, NY

PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK    /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on ___9/15/17___ to the debtor and attorney for the debtor.

/s/